B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Proverbs 21:13, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Cabell's American Bar & Grill** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-2786395** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2915-301 Kerry Forest Parkway**<br>**Tallahassee, FL**<br>ZIP Code **32309** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Leon** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2910-D4-108 Kerry Forest Parkway**<br>**Tallahassee, FL**<br>ZIP Code **32309** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                              Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Proverbs 21:13, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(1/08)** 

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Proverbs 21:13, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ J. Randall Frier, Esq.**
   Signature of Attorney for Debtor(s)

   **J. Randall Frier, Esq. 0754978**
   Printed Name of Attorney for Debtor(s)

   **Frier & Frier, P.A.**
   Firm Name

   **1682 Metropolitan Circle**
   **Tallahassee, FL 32308**

_____
Address

        **Email: Cumberland_1988@Yahoo.com**
   **850-894-2084  Fax: 850-894-9494**
   Telephone Number

   **March 18, 2010**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William C. Vildibill, Sr.**
   Signature of Authorized Individual

   **William C. Vildibill, Sr.**
   Printed Name of Authorized Individual

   **Managing Member**
   Title of Authorized Individual

   **March 18, 2010**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Proverbs 21:13, LLC**            Case No. _____

                                               Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allstate Insurance Company**<br>**c/o Elwing Thrasher, Jr., Esq.**<br>**908 N. Calhoun Street**<br>**Tallahassee, FL 32303** | **Allstate Insurance Company**<br>**c/o Elwing Thrasher, Jr., Esq.**<br>**908 N. Calhoun Street**<br>**Tallahassee, FL 32303** | **Insurance Premium** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **5,000.00** |
| **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | **Credit Card** | | **3,000.00** |
| **Apogee Signs**<br>**1105 N. Monroe St.**<br>**Tallahassee, FL 32303** | **Apogee Signs**<br>**1105 N. Monroe St.**<br>**Tallahassee, FL 32303** | **Sign** | | **2,500.00** |
| **Big Bend Supply**<br>**400 Capital Circle, N.E.**<br>**#15**<br>**Tallahassee, FL 32301** | **Big Bend Supply**<br>**400 Capital Circle, N.E.**<br>**#15**<br>**Tallahassee, FL 32301** | **Supplies** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **7,000.00** |
| **City of Tallahassee Utilities**<br>**600 N. Monroe St.**<br>**Tallahassee, FL 32301-1262** | **City of Tallahassee Utilities**<br>**600 N. Monroe St.**<br>**Tallahassee, FL 32301-1262** | **Utility Services** | | **5,000.00** |
| **Cuneo Creative**<br>**1406 Hays Steet**<br>**Tallahassee, FL 32301** | **Cuneo Creative**<br>**1406 Hays Steet**<br>**Tallahassee, FL 32301** | **Supplies** | | **5,000.00** |
| **Discover Card**<br>**P.O. Box 3008**<br>**New Albany, OH 43054** | **Discover Card**<br>**P.O. Box 3008**<br>**New Albany, OH 43054** | **Credit Card** | | **5,800.00** |
| **Florida Dept. of Revenue**<br>**Attention: Bankruptcy Unit**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | **Florida Dept. of Revenue**<br>**Attention: Bankruptcy Unit**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | **Sales Taxes** | | **95,000.00** |
| **Harry D. Vildibill**<br>**SR 510 Rosier Drive**<br>**Brandon, FL 33510** | **Harry D. Vildibill**<br>**SR 510 Rosier Drive**<br>**Brandon, FL 33510** | **Unsecured Loan** | | **300,000.00** |
| **Harry D. Vildibill, Jr.**<br>**4122 Quail Hollow Road**<br>**Albany, GA 31721-2838** | **Harry D. Vildibill, Jr.**<br>**4122 Quail Hollow Road**<br>**Albany, GA 31721-2838** | **Unsecured Loan** | | **6,000.00** |
| **Lee Schmoll**<br>**2801 S. Dundee**<br>**Tampa, FL 33601** | **Lee Schmoll**<br>**2801 S. Dundee**<br>**Tampa, FL 33601** | **Unsecured Loan** | | **35,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re __Proverbs 21:13, LLC_____ Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Nancy C. Vildibill<br>3rd Street<br>Saint Petersburg, FL 33701 | Nancy C. Vildibill<br>3rd Street<br>Saint Petersburg, FL 33701 | Unsecured Loan | | 50,000.00 |
| NuCo<br>P.O.Box 9011<br>Tallahassee, FL 32302 | NuCo<br>P.O.Box 9011<br>Tallahassee, FL 32302 | Advertising | | 4,500.00 |
| Southern Seafood Market<br>1415 Timberlane Road<br>No. 113<br>Tallahassee, FL 32312 | Southern Seafood Market<br>1415 Timberlane Road<br>No. 113<br>Tallahassee, FL 32312 | Food Product | | 4,000.00 |
| Stearns & Weaver Law Firm<br>410 Jackson Street<br>Tampa, FL 33602 | Stearns & Weaver Law Firm<br>410 Jackson Street<br>Tampa, FL 33602 | Legal Services | | 40,000.00 |
| Strategic Funding Source<br>7693 Rauschel Bach<br>Utica, MI 48317 | Strategic Funding Source<br>7693 Rauschel Bach<br>Utica, MI 48317 | Credit Card Services | | 33,000.00 |
| Strategic Funding Source, Inc.<br>1501 Broadway Ste. 360<br>New York, NY 10036 | Strategic Funding Source, Inc.<br>1501 Broadway Ste. 360<br>New York, NY 10036 | All personal property | Contingent<br>Unliquidated<br>Disputed | 33,000.00<br><br>(15,000.00 secured) |
| Tallahassee Democrat<br>P.O. Box 990<br>Tallahassee, FL 32301 | Tallahassee Democrat<br>P.O. Box 990<br>Tallahassee, FL 32301 | Advertising | | 4,500.00 |
| USAA Credit Card<br>10750 McDermontt Fwy.<br>San Antonio, TX 78268 | USAA Credit Card<br>10750 McDermontt Fwy.<br>San Antonio, TX 78268 | Credit Card | | 8,100.00 |
| Wakulla Bank<br>P.O. Box 610<br>Crawfordville, FL 32326 | Wakulla Bank<br>P.O. Box 610<br>Crawfordville, FL 32326 | Unsecured loan | Contingent<br>Unliquidated<br>Disputed | 45,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __March 18, 2010_____   Signature   __/s/ William C. Vildibill, Sr._____
                                                        William C. Vildibill, Sr.
                                                        Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re     **Proverbs 21:13, LLC** _____ ,      Case No. _____

                                   Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 15,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 98,381.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 96,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 580,755.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 15,000.00 | | |
| Total Liabilities | | | | 775,136.38 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Florida

In re    **Proverbs 21:13, LLC**                                                             ,    Case No. _____

                                                    Debtor

                                                                          Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Proverbs 21:13, LLC**                                    ,        Case No. _____
                                                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re      **Proverbs 21:13, LLC**                                                    Case No. _____
                                                   ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6395**<br><br>**Doris Maloy, Tax Collector**<br>**Leon County, Florida**<br>**P.O. Box 1835**<br>**Tallahassee, FL 32302** | | | **2009**<br><br>**Taxes**<br><br>**Personal Property Taxes** | | | | | |
| | | | Value $ 5,380.38 | | | | 5,380.38 | 0.00 |
| Account No. **9247**<br><br>**LJH Group, LLC**<br>**1550 Sawgrass Corporate Pkwy.**<br>**Suite 300**<br>**Fort Lauderdale, FL 33323** | - | | **2/06/2009**<br><br>**UCC-1**<br><br>**All personal property described in UCC-1** | X | X | X | | |
| | | | Value $ 15,000.00 | | | | Unknown | Unknown |
| Account No. **4148**<br><br>**Max Advance, LLC**<br>**4208 18th Avenue**<br>**Brooklyn, NY 11218** | | | **3/31/2009**<br><br>**UCC-1**<br><br>**Future Credit Card Receivables** | X | X | X | | |
| | | | Value $ 0.00 | | | | Unknown | Unknown |
| Account No. **0161**<br><br>**Merchant Advance**<br>**103 N. Wood Ave.**<br>**Linden, NJ 07036** | | | **6/26/2009**<br><br>**UCC-1**<br><br>**All assets of the debtor.** | X | X | X | | |
| | | | Value $ Unknown | | | | 60,000.00 | Unknown |

___1___  continuation sheets attached

Subtotal
(Total of this page)

65,380.38          0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Proverbs 21:13, LLC** _____ ,    Case No. _____

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **1398** | | | | 7/21/2009 | | | | | |
| **Ron & Carolyn Hobbs Family Partnership, LLLP** | | | | UCC-1 | | | | | |
| **8940 Winged Foot Drive** | | | | **All personal property** | | | | | |
| **Tallahassee, FL 32312** | | | | - | X | X | X | | |
| | | | | Value $    **0.00** | | | | **1.00** | **1.00** |
| Account No. **4905** | | | | 1/06/2010 | | | | | |
| **Strategic Funding Source, Inc.** | | | | UCC-1 | | | | | |
| **1501 Broadway Ste. 360** | | | | **All personal property** | | | | | |
| **New York, NY 10036** | | | | - | X | X | X | | |
| | | | | Value $    **15,000.00** | | | | **33,000.00** | **18,000.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **33,001.00** | **18,001.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **98,381.38** | **18,001.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                               Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re _____**Proverbs 21:13, LLC**_____,  Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Proverbs 21:13, LLC**                                                                    Case No. _____
                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **2787** <br><br> **Florida Dept. of Revenue Attention:  Bankruptcy Unit P.O. Box 6668 Tallahassee, FL 32314-6668** | - | | **2009** <br><br> **Taxes** | | | | 1,000.00 | 910.00 | 90.00 |
| Account No. **225** <br><br> **Florida Dept. of Revenue Attention:  Bankruptcy Unit P.O. Box 6668 Tallahassee, FL 32314-6668** | - | | **2009** <br><br> **Sales Taxes** | | | | 95,000.00 | 0.00 | 95,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 96,000.00 | 910.00 / 95,090.00 |
| | Total (Report on Summary of Schedules) | 96,000.00 | 910.00 / 95,090.00 |

B6F (Official Form 6F) (12/07)

In re   **Proverbs 21:13, LLC** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Cabells** <br><br> **Allstate Insurance Company** <br> **c/o Elwing Thrasher, Jr., Esq.** <br> **908 N. Calhoun Street** <br> **Tallahassee, FL 32303** | - | | | | **2009** <br> **Insurance Premium** | X | X | X | 5,000.00 |
| Account No. **Cabells** <br><br> **A-Plus Water Solutions** <br> **19981 US Highway 84, E.** <br> **Boston, GA 31626** | - | | | | **2009** <br> **Supplies** | X | X | X | 400.00 |
| Account No. **1000** <br><br> **American Express** <br> **P.O. Box 650448** <br> **Dallas, TX 75265** | - | | | | **2009** <br> **Credit Card** | | | | 3,000.00 |
| Account No. **Cabells** <br><br> **Apogee Signs** <br> **1105 N. Monroe St.** <br> **Tallahassee, FL 32303** | - | | | | **2009** <br> **Sign** | | | | 2,500.00 |

____8____ continuation sheets attached

Subtotal
(Total of this page)  **10,900.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Proverbs 21:13, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Cabells**<br><br>**Big Bend Supply**<br>**400 Capital Circle, N.E.**<br>**#15**<br>**Tallahassee, FL 32301** | - | | | **2009**<br>**Supplies** | X | X | X | 7,000.00 |
| Account No. **7708**<br><br>**Capital One Bank**<br>**P.O. Box 71083**<br>**Charlotte, NC 28271** | - | | | **2009**<br>**Credit Card** | | | | 1,200.00 |
| Account No. **2204**<br><br>**Cintas Uniform Rental**<br>**2379 Commercial Park Dr.**<br>**Marianna, FL 32448** | - | | | **2009**<br>**Uniform Rentals** | | | | 500.00 |
| Account No. **2457**<br><br>**City of Tallahassee Utilities**<br>**600 N. Monroe St.**<br>**Tallahassee, FL 32301-1262** | - | | | **01/10**<br>**Utility Services** | | | | 5,000.00 |
| Account No. **3022**<br><br>**Comcast**<br>**P.O. Box 105184**<br>**Atlanta, GA 30348** | - | | | **2009**<br>**Telephone Services** | | | | 120.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    13,820.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Proverbs 21:13, LLC**                                              ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1384**<br><br>**Community Coffee Services**<br>**P.O. Box 791**<br>**Baton Rouge, LA 70821** | - | | **2009**<br>**Coffee Services** | | | | 400.00 |
| Account No. **Cabells**<br><br>**Cuneo Creative**<br>**1406 Hays Steet**<br>**Tallahassee, FL 32301** | - | | **2009**<br>**Supplies** | | | | 5,000.00 |
| Account No. **2300**<br><br>**Delta Foremost Chemicals**<br>**3915 Air Park Street**<br>**Memphis, TN 38130** | - | | **2009**<br>**Chemicals** | | | | 500.00 |
| Account No. **6729**<br><br>**Discover Card**<br>**P.O. Box 3008**<br>**New Albany, OH 43054** | - | | **2009**<br>**Credit Card** | | | | 5,800.00 |
| Account No. **3725**<br><br>**Embarq**<br>**P.O. Box 660834**<br>**Charlotte, NC 28296-0064** | - | | **3725**<br>**Advertising** | | | | 900.00 |

Sheet no. __**2**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,600.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Proverbs 21:13, LLC**                                    ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2915** | | | | | **2009** **Fire Alarm Service** | | | | |
| **Fire Master** **P.O. Box 121019** **Dallas, TX 75312** | | - | | | | | | | |
| | | | | | | | | | 300.00 |
| Account No. **900** | | | | | **2009** **Supplies for business** | | | | |
| **Florida Air Specialist** **P.O. Box 20988** **Tallahassee, FL 32316** | | - | | | | | | | |
| | | | | | | | | | 900.00 |
| Account No. **Cabells** | | | | | **2009** **Unsecured Loan** | | | | |
| **Harry D. Vildibill** **SR 510 Rosier Drive** **Brandon, FL 33510** | | - | | | | | | | |
| | | | | | | | | | 300,000.00 |
| Account No. **None** | | | | | **2009** **Unsecured Loan** | | | | |
| **Harry D. Vildibill, Jr.** **4122 Quail Hollow Road** **Albany, GA 31721-2838** | | - | | | | | | | |
| | | | | | | | | | 6,000.00 |
| Account No. **1516** | | | | | **2009** **Insurance Premium** | | | | |
| **Hartford Insurance Co.** **P.O. Box 2917** **Hartford, CT 06104** | | - | | | | | | | |
| | | | | | | | | | 1,516.00 |

Sheet no. __3___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     308,716.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Proverbs 21:13, LLC** _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **226** <br><br> **Helget Gas** <br> **P.O. Box 24246** <br> **Omaha, NE 68124** | - | | | | **2009** <br> **Gas Service** | | | | 226.00 |
| Account No. **4998** <br><br> **In the News** <br> **8517 Sunstate St.** <br> **Tampa, FL 33634** | - | | | | **2009** <br> **Advertising** | | | | 145.00 |
| Account No. **5309** <br><br> **Insight Media** <br> **150 N.W. 70th Steet** <br> **Suite 3** <br> **Fort Lauderdale, FL 33317** | - | | | | **2009** <br> **Advertising** | | | | 500.00 |
| Account No. **Cabells** <br><br> **Joyce Publishing** <br> **P.O. Box 14445** <br> **Tallahassee, FL 32317** | - | | | | **2009** <br> **Unsecured debt** | | | | 400.00 |
| Account No. **Cabells** <br><br> **Lee Schmoll** <br> **2801 S. Dundee** <br> **Tampa, FL 33601** | - | | | | **2009** <br> **Unsecured Loan** | | | | 35,000.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   36,271.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Proverbs 21:13, LLC** _____ ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. **Cabells** | | | | | 2009<br>Supplies | | | | |
| Max Card<br>P.O. Box 14186<br>Tallahassee, FL 32317 | - | | | | | | | | |
| | | | | | | | | | 450.00 |
| Account No. **Cabells** | | | | | 2009<br>Unsecured Loan | | | | |
| Nancy C. Vildibill<br>3rd Street<br>Saint Petersburg, FL 33701 | - | | | | | | | | |
| | | | | | | | | | 50,000.00 |
| Account No. **Cabells** | | | | | 2009<br>Advertising | | | | |
| NBC 40 WCTV<br>8440 Deerlake Dr., S.<br>Tallahassee, FL 32312 | - | | | | | | | | |
| | | | | | | | | | 500.00 |
| Account No. **6731** | | | | | 2009<br>Advertising | | | | |
| NuCo<br>P.O.Box 9011<br>Tallahassee, FL 32302 | - | | | | | | | | |
| | | | | | | | | | 4,500.00 |
| Account No. **Cabells** | | | | | 2009<br>Supplies | | | | |
| Pit Stop Portable<br>P.O. Box 38323<br>Tallahassee, FL 32315 | - | | | | | | | | |
| | | | | | | | | | 230.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,680.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Proverbs 21:13, LLC**                                                                      ,        Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **Cabells**<br><br>**RCS**<br>**230 S. Adams Street**<br>**Tallahassee, FL 32301** | - | | | **2009**<br>**Supplies** | | | | **1,700.00** |
| Account No. **7997**<br><br>**Safe Touch Security**<br>**9950 Sunbeam Center Drive**<br>**Jacksonville, FL 32257-8184** | - | | | **2009**<br>**Security System** | | | | **200.00** |
| Account No. **Cabells**<br><br>**Southern Seafood Market**<br>**1415 Timberlane Road**<br>**No. 113**<br>**Tallahassee, FL 32312** | - | | | **2009**<br>**Food Product** | | | | **4,000.00** |
| Account No. **0225**<br><br>**Stearns & Weaver Law Firm**<br>**410 Jackson Street**<br>**Tampa, FL 33602** | - | | | **2009**<br>**Legal Services** | | | | **40,000.00** |
| Account No. **4529**<br><br>**Strategic Funding Source**<br>**7693 Rauschel Bach**<br>**Utica, MI 48317** | - | | | **2009**<br>**Credit Card Services** | | | | **33,000.00** |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**78,900.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Proverbs 21:13, LLC**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **1081**<br><br>**Summitt Work Comp**<br>**P.O. Box 32034**<br>**Lakeland, FL 33802** | | - | | | **2009**<br>**Insurance Premium** | | | | 1,418.00 |
| Account No. **6731**<br><br>**Tallahassee Democrat**<br>**P.O. Box 990**<br>**Tallahassee, FL 32301** | | - | | | **2009**<br>**Advertising** | | | | 4,500.00 |
| Account No. **2868**<br><br>**U.S. Yellow Pages**<br>**USY P. O. Box 3110**<br>**Jersey City, NJ 07303** | | - | | | **2009**<br>**Advertising** | | | | 1,200.00 |
| Account No. **0079**<br><br>**University Center Club**<br>**Doak Campbell Stadium**<br>**Bldg. B**<br>**Tallahassee, FL 32306** | | - | | | **2009**<br> **Advertising** | | | | 900.00 |
| Account No. **1000**<br><br>**USAA Credit Card**<br>**10750 McDermontt Fwy.**<br>**San Antonio, TX 78268** | | - | | | **2009**<br>**Credit Card** | | | | 8,100.00 |

Sheet no. __7___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,118.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Proverbs 21:13, LLC**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **8270**<br><br>**Wakulla Bank**<br>**P.O. Box 610**<br>**Crawfordville, FL 32326** | - | | | **3/25/2009**<br>**Unsecured loan** | X | X | X | 45,000.00 |
| Account No. **Cabells**<br><br>**WCTV**<br>**P.O. Box 14200**<br>**Tallahassee, FL 32317** | - | | | **2009**<br>**Advertising** | | | | 2,000.00 |
| Account No. **2370**<br><br>**White Directory Publishers**<br>**Div. of Hearst Holdings, Inc.**<br>**61 John Muir-Cust. Services**<br>**Amherst, NY 14228** | - | | | **2009**<br>**Advertising** | | | | 750.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 47,750.00 |
| | Total<br>(Report on Summary of Schedules) | 580,755.00 |

B6G (Official Form 6G) (12/07)

.

In re   **Proverbs 21:13, LLC**                            ,    Case No. _____
                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Hobbs Family Partnership, LLLP**<br>**2258 Monaghan Drive**<br>**Tallahassee, FL 32309** | **Unexpired Commercial Lease for property located at 2915-301 Kerry Forest Parkway, Tallahassee, FL 32309** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re  **Proverbs 21:13, LLC**                                                ,      Case No. _____
                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

3/18/10  7:25PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Proverbs 21:13, LLC**                                          Case No.
                                              Debtor(s)      Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___21___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 18, 2010**                    Signature    **/s/ William C. Vildibill, Sr.**
                                                         **William C. Vildibill, Sr.**
                                                         **Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Northern District of Florida

In re    **Proverbs 21:13, LLC**                                   ,

                                   Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**None**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ **March 18, 2010** _____

Signature   **/s/ William C. Vildibill, Sr.** _____

                                     **William C. Vildibill, Sr.**
                                     **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>  0  </u>  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Florida

In re    **Proverbs 21:13, LLC**                                           Case No. _____

                                             Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MAILING MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 18, 2010**                    **/s/ William C. Vildibill, Sr.**
_____        _____
                              **William C. Vildibill, Sr./Managing Member**
                              Signer/Title

Proverbs 21:13, LLC
2910-D4-108 Kerry Forest Parkway
Tallahassee, FL 32309

Capital One Bank
P.O. Box 71083
Charlotte, NC 28271

Fire Master
P.O. Box 121019
Dallas, TX 75312

J. Randall Frier, Esq.
Frier & Frier, P.A.
1682 Metropolitan Circle
Tallahassee, FL 32308

Cintas Uniform Rental
2379 Commercial Park Dr.
Marianna, FL 32448

Florida Air Specialist
P.O. Box 20988
Tallahassee, FL 32316

Fla. Dept. of Labor & Emp. Security
Caldwell Building, Room 302
Tallahassee, FL 32399-0218

City of Tallahassee Utilities
600 N. Monroe St.
Tallahassee, FL 32301-1262

Florida Dept. of Revenue
Attention:  Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

United States Attorney
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301

Comcast
P.O. Box 105184
Atlanta, GA 30348

Harry D. Vildibill
SR 510 Rosier Drive
Brandon, FL 33510

Internal Revenue Service
c/o U.S. Attorney
Northern District of Florida
111 N. Adams St., 4th Floor
Tallahassee, FL 32301

Community Coffee Services
P.O. Box 791
Baton Rouge, LA 70821

Harry D. Vildibill, Jr.
4122 Quail Hollow Road
Albany, GA 31721-2838

 Allstate Insurance Company
c/o Elwing Thrasher, Jr., Esq.
908 N. Calhoun Street
Tallahassee, FL 32303

Cuneo Creative
1406 Hays Steet
Tallahassee, FL 32301

Hartford Insurance Co.
P.O. Box 2917
Hartford, CT 06104

A-Plus Water Solutions
19981 US Highway 84, E.
Boston, GA 31626

Delta Foremost Chemicals
3915 Air Park Street
Memphis, TN 38130

Helget Gas
P.O. Box 24246
Omaha, NE 68124

American Express
P.O. Box 650448
Dallas, TX 75265

Discover Card
P.O. Box 3008
New Albany, OH 43054

Hobbs Family Partnership, LLLP
2258 Monaghan Drive
Tallahassee, FL 32309

Apogee Signs
1105 N. Monroe St.
Tallahassee, FL 32303

Doris Maloy, Tax Collector
Leon County, Florida
P.O. Box 1835
Tallahassee, FL 32302

In the News
8517 Sunstate St.
Tampa, FL 33634

Big Bend Supply
400 Capital Circle, N.E.
#15
Tallahassee, FL 32301

Embarq
P.O. Box 660834
Charlotte, NC 28296-0064

Insight Media
150 N.W. 70th Steet
Suite 3
Fort Lauderdale, FL 33317

Joyce Publishing
P.O. Box 14445
Tallahassee, FL 32317

NuCo
P.O.Box 9011
Tallahassee, FL 32302

Tallahassee Democrat
P.O. Box 990
Tallahassee, FL 32301

Lee Schmoll
2801 S. Dundee
Tampa, FL 33601

Pit Stop Portable
P.O. Box 38323
Tallahassee, FL 32315

U.S. Yellow Pages
USY P. O. Box 3110
Jersey City, NJ 07303

LJH Group, LLC
1550 Sawgrass Corporate Pkwy.
Suite 300
Fort Lauderdale, FL 33323

RCS
230 S. Adams Street
Tallahassee, FL 32301

University Center Club
Doak Campbell Stadium
Bldg. B
Tallahassee, FL 32306

LJH Group, LLC
c/o Corporate Service Co.
1201 Hays Street
Tallahassee, FL 32301

Ron & Carolyn Hobbs Family
Partnership, LLLP
8940 Winged Foot Drive
Tallahassee, FL 32312

USAA Credit Card
10750 McDermontt Fwy.
San Antonio, TX 78268

Max Advance, LLC
4208 18th Avenue
Brooklyn, NY 11218

Safe Touch Security
9950 Sunbeam Center Drive
Jacksonville, FL 32257-8184

Wakulla Bank
P.O. Box 610
Crawfordville, FL 32326

Max Card
P.O. Box 14186
Tallahassee, FL 32317

Southern Seafood Market
1415 Timberlane Road
No. 113
Tallahassee, FL 32312

WCTV
P.O. Box 14200
Tallahassee, FL 32317

Merchant Advance
103 N. Wood Ave.
Linden, NJ 07036

Stearns & Weaver Law Firm
410 Jackson Street
Tampa, FL 33602

White Directory Publishers
Div. of Hearst Holdings, Inc.
61 John Muir-Cust. Services
Amherst, NY 14228

Merchant Advance
c/o CT Lien Solutions
P.O. Box 29071
Linden, NJ 07036

Strategic Funding Source
7693 Rauschel Bach
Utica, MI 48317

Nancy C. Vildibill
3rd Street
Saint Petersburg, FL 33701

Strategic Funding Source, Inc.
1501 Broadway Ste. 360
New York, NY 10036

NBC 40 WCTV
8440 Deerlake Dr., S.
Tallahassee, FL 32312

Summitt Work Comp
P.O. Box 32034
Lakeland, FL 33802

# United States Bankruptcy Court
## Northern District of Florida

In re __Proverbs 21:13, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Proverbs 21:13, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 18, 2010__

Date

/s/ J. Randall Frier, Esq.

J. Randall Frier, Esq. 0754978

Signature of Attorney or Litigant

Counsel for __Proverbs 21:13, LLC__

Frier & Frier, P.A.

1682 Metropolitan Circle
Tallahassee, FL 32308
850-894-2084 Fax:850-894-9494
Cumberland_1988@Yahoo.com